THE STATE EX REL. CHAPMAN, APPELLANT, *v.* THOMAS ET AL., APPELLEES.

[Cite as *State ex rel. Chapman v. Thomas* (2002), 94 Ohio St.3d 38.]

(No. 01–855—Submitted November 13, 2001—Decided January 9, 2002.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

*Stephen E. Mindzak Law Offices, L.L.C.,* and *Stephen E. Mindzak,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Erica L. Bass,* Assistant Attorney General, for appellee Industrial Commission.

THE STATE EX REL. GAUVEY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Gauvey v. Indus.
Comm.* (2002), 94 Ohio St.3d 38.]

(No. 01–1144—Submitted November 13, 2001—Decided January 9, 2002.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.